No. 99–6813.  SMITH v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 99–6826.  CASTRO v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 99–6832.  PACE v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 99–6835.  JOHNSTON v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 99–6842.  BRUMMITT v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 99–6843.  ARROYO-GORROSTIETA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 99–6845.  LOPEZ v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 99–6848.  JOHN v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 99–6860.  WOODERTS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 99–6863.  WATKINS v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 99–6864.  VELEZ-VELASQUEZ v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 99–6868.  CHAMBERS v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.  Sup. Ct. Mo.  Certiorari denied.

No. 98–9183.  MARX v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

JUSTICE SCALIA, with whom JUSTICE THOMAS joins, dissenting.

The Court today forgoes the opportunity to prevent an expansion of the exception it recently created to the Sixth Amendment right of the defendant "[i]n all criminal prosecutions . . . to be confronted with the witnesses against him." In *Maryland* v. *Craig*, 497 U. S. 836 (1990), the Court held for the first time that the right "to be confronted" with a trial witness does not necessarily require that the witness testify in the defendant's presence.